AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>DONTRELL RAMON THOMAS-McCRANEY<br><br>*Defendant(s)* | )<br>)<br>) Case No. **W24-054M**<br>)<br>)<br>)<br>) |

**FILED**
March 06, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____AE____
DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 5, 2024__ in the county of __Bell__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) & 924(a)(2) | being a person who knew he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, and said firearm was in and affecting commerce |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JOSEPH FIEDLER, TFO-Federal Bureau of Invest.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/06/2024__

_____
*Judge's signature*

City and state: __Waco, Texas__    JEFFREY C. MANSKE, US Magistrate Judge
*Printed name and title*

Affidavit                                                              **W24-054M**

Your Affiant is a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), United States Department of Justice.  I have been employed as Texas Peace Officer for 25 years and assigned as a TFO with the FBI 6 years. Your Affiant is currently assigned to the San Antonio Division, Waco Resident Agency (WRA) in Waco, Texas.  Your Affiant is currently assigned to the Violent Crimes Task Force with responsibilities to investigate violent crimes, public corruption, major thefts, robbery, and violations enforcing federal criminal statutes.  As part of these duties, your Affiant has become involved in the investigation of suspected violations of Title 18 United States Code, § 922g .The facts in this affidavit come from your Affiant's personal observations, his training and experience, and information obtained from other law enforcement officers and witnesses.

1. The statements contained in this affidavit are based on information provided to your Affiant by other law enforcement officers who investigate these types of crimes and through his personal investigation**.**  Your Affiant has set forth herein the facts I believe are necessary to establish probable cause that said violation does exist.

2. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, your Affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth only facts that I believe are necessary to establish probable cause.

Background of the Investigation

1. On March 5, 2024, Temple Police Department (TPD) Corporal (CPL) Sapp and Recruit Officer (RO) Davis were on patrol in near the intersection of South 7th Street and West Ave T, Temple, Bell County, Texas. CPL Sapp and RO Davis observed a 2012 Hyundai Elantra, bearing a Texas registration, fail to stop at a posted stop sign. Officers observed the vehicle travel past the stop sign and past the required stopping point before entering the intersection. RO Davis initiated a traffic stop on the vehicle in the 2100 block of South 7th Street. The vehicle turned into a driveway and stopped.

2. After the vehicle stopped, CPl Sapp and RO Davis observed a black male, later identified as DONTRELL RAMON THOMAS-McCRANEY, exit the passenger's seat and start walking towards the residence. CPl Sapp and RO Davis told Thomas-McCraney to sit back in the vehicle, which he did. CPl Sapp spoke with Thomas-McCraney who advised that he had an arrest Warrant for a Parole Violation. CPl Sapp placed Thomas-McCraney into handcuffs and verified that Thomas-McCraney had an active arrest warrant. While conducting a search of Thomas-McCraney's person, Thomas-McCraney advised CPL Sapp that there was a gun in the car but that it was not his.

3. RO Davis identified the driver as Alivia Polston. While speaking with Polston, RO Davis was told by Polston that Thomas-McCraney had a gun and that it was under the seat. Polston also told RO Davis that Thomas-McCraney was in possession of methamphetamine that she had observed him with prior to the contact with Officers. CPL Sapp spoke with Polston who told CPL Sapp that she had picked up Thomas-McCraney to give him a ride to Belton. Polston told CPL Sapp that Thomas-McCraney brought the gun with him into the vehicle. CPL Sapp obtained verbal consent from Polston to conduct a search of her vehicle to which she consented.

4. Officer King, who had arrived on scene to assist, heard over the radio that Thomas-McCraney had an active parole warrant and was a known convicted felon. Officer King was told by Officer Parker, a second back-up officer, that there was a handgun in the vehicle. Officer King observed a black fanny pack laying on the passenger's seat. Officer King located the handgun in the black fanny pack. The handgun was identified as a Springfield XDS .45 ACP, bearing Serial Number HG145690.

5. A search of the vehicle by CPL Sapp and RO Davis revealed that the black fanny pack was laying in the passenger seat where Thomas-McCraney was sitting along with his cigarettes and lighter and a loaded magazine for the handgun.

6. Your Affiant conducted a criminal history investigation into Thomas-McCraney and learned that Thomas-McCraney was convicted of the following offenses, punishable by one year confinement or more.

   a. Forgery Financial Instrument-Convicted on 06/27/2007 under Bell County cause number FR60129
   b. Possession of a Controlled Substance Penalty Group 1, 1-4 grams -Convicted on 06/27/2007 under Bell County cause cumber FR61374
   c. Possession of a Controlled Substance Penalty Group 1, 1-4 grams -Convicted on 05/07/2019 under Bell County cause cumber 77796
7. The Springfield XDS .45 ACP, bearing Serial Number HG145690, was manufactured outside the state of Texas and therefore traveled in interstate commerce.
8. 2100 Block of South 7th Street, Temple, Texas, is within the Waco Division of the Western District of Texas.

## Conclusion

3. Based upon the aforementioned facts, there is probable cause to believe that one or more violations of 18 United States Code, § 922(g) have been committed by Dontrell Thomas-McCraney.
4. Accordingly, your Affiant respectfully requests that an arrest warrant be issued for Dontrell Thomas-McCraney.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOSEPH FIEDLER, Violent Crimes Task Force
Federal Bureau of Investigation

SWORN TO AND SUBSCRIBED before me on the __6TH__ day of March, 2024.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE